**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02541-BNB

CECIL BYNUM,

    Plaintiff,

v.

STATE OF COLORADO,
KERI JOHNSON,
DAVID RYAN,
A.P. RICHMOND,
J. SIMMONS,
J. CASIAS,
J. ANDREWS, and
ROBERT HART,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the Plaintiff's Letter in which he requests that the summons and complaint be served on defendants (Doc. No. 8), filed on November 3, 2011. Plaintiff's request is DENIED as premature.

Dated: November 8, 2011